■ In the Matter of TAUREAN HAYWOOD, Petitioner, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. [945 NYS2d 896]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [M. William Boller, A.J.], entered August 17, 2011) to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.

■ In the Matter of MICAIAH ALLEN, Petitioner, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [945 NYS2d 896]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered November 17, 2011) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.